NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LORENZO E. CARDWELL,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7110

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2397, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Lorenzo E. Cardwell moves for a 30-day extension of time, until December 1, 2010, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

NOV   3 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
     Michael P. Goodman, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

NOV 0 3 2010

**JAN HORBALY**
**CLERK**